## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## CENTRAL DIVISION

TAVARUS MARTIN
ADC #167986                                                                                           PLAINTIFF

v.                                           4:22-cv-00644-LPR-JJV

JARED BYERS, Warden,
Ouachita River Unit, *et al.*                                                                    DEFENDANTS

## ORDER

Tavarus Martin, who is a prisoner in the Cummins Unit of the Arkansas Division of Correction, has filed a *pro se* Complaint seeking relief pursuant to 42 U.S.C. § 1983. (Doc. 2.) Plaintiff claims that while he was in the Ouachita River Unit, Defendants Warden Byers, Lieutenant Edgewar, Corporal Daniels, and an unknow "John Doe" officer failed to protect him from being stabbed by another prisoner on March 25, 2022. (Doc. 2.) Plaintiff also has named Major Coleman of the Cummins Unit as a Defendant. (*Id*.) But claims Major Coleman was the "chief of security," presumably at the Ouachita River Unit, when the attack occurred. (*Id*. at 5.)

The federal venue statute provides that, in a case that is not based on diversity jurisdiction, venue is proper in the judicial district where "any defendant resides" or "a substantial part of the events or omissions giving rise to the claim occurred." *See* 28 U.S.C. § 1391(b). This case is not based on diversity jurisdiction. The relevant events occurred at the Ouachita River Unit which is located in Hot Spring County and all of the Defendants, except perhaps Major Coleman, reside there. Hot Spring County is located in the United States District Court for the Western District of Arkansas. The Court concludes the interest of justice will best be served by transferring the case to that federal court. *See* 28 U.S.C. § 1406(a).

IT IS, THEREFORE, ORDERED that the Clerk is directed to immediately transfer this case to the United States District Court for the Western District of Arkansas.

DATED this 15th day of July 2022.

                                                            _____
                                                            JOE J. VOLPE
                                                            UNITED STATES MAGISTRATE JUDGE